NELLIE RUBINSTEIN et al., Appellants, v. 1900 JEROME AVENUE INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARTIN LOWE, Appellant, v. MICHAEL BENETAR, Doing Business as CONGO TRADING Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

EDWIN JAY, INC., Respondent, v. WILLIAM SHIELDS, Doing Business as WILLIAMS ADVERTISING AGENCY, Appellant, et al., Undertenant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JAMES J. ABRAMS, Respondent, v. RUBEL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HARRY SHUGAAR, Appellant, v. MARY C. SHUGAAR, Respondent.— Without passing on the facts, we think that the judgment and order appealed from should be reversed on the law, without costs, and a new hearing granted. Judgment and order unanimously reversed on the law, without costs, and a new hearing granted. (See *Monypeny* v. *Monypeny*, 171 App. Div. 134 [1st Dept.]; *Rosenzweig* v. *Rosenzweig*, 231 App. Div. 13 [2d Dept.]; *Rivett* v. *Rivett*, 270 App. Div. 878 [4th Dept.].) Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARGUERITE GRYNKRAUT, Respondent, v. JOBE CORPORATION, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 763.]

BELGO CANADIAN MFG. Co., LTD., Respondent, v. RUDOLPH KELLERMAN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

18 BEEKMAN PLACE, INC., Appellant, v. JAMES A. WALES, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NELGREEN REALTIES, INC., Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [3451 Giles Place, 3605 Sedgwick Ave. and 3470 Cannon Place, Borough of The Bronx.] — Order unanimously affirmed, without costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS PETRONE and LOUIS GORDON, Appellants.— Judgments unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of LOUIS MIZRAHI et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MICHAEL ERCEG, as Receiver of the Property of EVANGELO L. MANOUSSO, Respondent, v. BANQUE COMMERCIALE DE GRECE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.